UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JERIOD KNERR,

Petitioner,

v.

ROB MUNDT, Warden,

Respondent .

Civil No. 01-2087 (PAM/SRN)

**ORDER**

Petitioner, an inmate at the Federal Correctional Institution in Waseca, Minnesota, has filed an application for habeas corpus relief pursuant to 28 U.S.C. § 2241. (Docket No. 1.) However, Petitioner's habeas petition does not conform to the requirements of Rule 2(c) of The Rules Governing Section 2254 Cases in the United States Districts Courts,[1] because it has not been signed under penalty of perjury. See also Fed. R. Civ. P. 11(a).

Because Petitioner has not complied with the applicable Rules, his petition will be returned to him pursuant to Rule 2(e).[2] Petitioner will be allowed to file an amended petition, but if he does so, he will have to (i) use the prescribed form, (ii) complete the form accurately and completely, (iii) sign the petition under penalty of perjury.

If Petitioner does not file an amended petition by December 14, 2001, he will be deemed to have abandoned this action, and it will be recommended that the action be dismissed without prejudice. Fed. R. Civ. P. 41(b).

[1] Although Petitioner is seeking relief under 28 U.S.C. § 2241, the Rules Governing Section 2254 Cases may still be applied to his petition. See Rule 1(b).

[2] Rule 2(e) provides that "[i]f a petition received by the clerk of a district court does not substantially comply with the requirements of rule 2 or rule 3, it may be returned to the petitioner, if a judge of the court so directs, together with a statement of the reason for its return."

FILED NOV 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS THEREFORE ORDERED THAT:

(1) Pursuant to Rule 2(e) of The Rules Governing Section 2254 Cases in the United States Districts Courts, the Clerk of Court shall return the original habeas corpus petition (Docket No. 1), to Petitioner, and also send him a blank copy of the habeas corpus petition form that is to be used in this District for actions brought under 28 U.S.C. § 2241.

(2) The Clerk shall retain a copy of the original petition in the Court file, as required by Rule 2(e).

(3) Petitioner shall have until December 14, 2001, to file an entirely new petition to be captioned "AMENDED PETITION," which shall (a) be submitted on the proper form, (b) set forth, accurately and completely, all of the information that is required by that form and the Rules of this Court, and (c) be signed by Petitioner under penalty of perjury.

(4) If Petitioner fails to comply with the requirements of this Order within the time allowed, it will be recommended that this action be summarily dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(b).

Dated: November 19, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge