UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JERIOD KNERR,

Petitioner,

v.

ROB MUNDT, Warden,

Respondent.

Civil No. 01-2087 (PAM/SRN)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner, a federal prisoner, has filed an Amended Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Docket Nos. 4 and 5.[1]) He claims that he has been wrongly denied the opportunity for a sentence reduction pursuant to 18 U.S.C. § 3621(e)(2)(B), and that Respondent will therefore detain him at the Federal Correctional Institution in Waseca, Minnesota, beyond his proper release date.

Respondent is directed to make a return in writing within 30 days from the date of this order, certifying the true cause of Petitioner's detention and the proper length of his sentence, and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's incarceration;

2. A reasoned memorandum of law and fact fully stating Respondent's legal position and recommendation as to the need for this court to conduct an evidentiary hearing on the

[1] Petitioner's original habeas corpus petition was returned to him because it was not submitted on the proper form, it was incomplete, and it was not signed by Petitioner. Petitioner was granted leave to file an amended petition, (see Order dated November 19, 2001; [Docket No. 3]), and he has now done so. Therefore, it is Petitioner's Amended Petition, (which consists of two parts -- Docket Nos. 4 and 5), that is now before the Court.

FILED FEB 06 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

merits of the petition in light of the requirements of the statutes and other pertinent authority;

3. A certified copy of such of the following as may be relevant to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if the petitioner pleaded guilty, a transcript of the proceedings at which he pleaded guilty, as well as any other written materials that may be germane to the issues presented in the petition.

Absent compliance with this order within the 30-day time period, the Court will entertain a motion to grant the relief prayed for in said petition. Upon the filing of Respondent's return, the parties shall await the further order of this Court.

Dated: February 6, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge