UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2087(PAM/SRN)

| | | |
|---|---|---|
| JERIOD KNERR, Petitioner, | ) | |
| v. | ) | SEALING ORDER |
| ROB MUNDT, Warden, Respondent. | ) | |

The above-entitled matter is before the undersigned United States Magistrate Judge pursuant to Respondent's Motion To Seal Presentence Report of Jeriod Knerr. Based upon that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Respondent's Motion is GRANTED, and the Presentence Report of Jeriod Knerr is hereby filed under seal until further order of the Court.

Dated: March 11, 2002

Susan Richard Nelson
SUSAN R. NELSON
United States Magistrate Judge

MAR 12 2002
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____