AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Jerold Knerr

V.

Constance Reese

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2087 JEL/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner's amended petition for writ of habeas corpus is denied and the matter is dismissed with prejudice.

January 2, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Victoria Moralez, Deputy Clerk

(18)